# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DALILA GARCIA-LOPEZ, et al.** | § | **PLAINTIFFS** |
| | § | |
| v. | § | Civil Action No. 1:08CV1397-LG-RHW |
| | § | |
| **BELLSOUTH** | § | |
| **TELECOMMUNICATIONS, INC.,** | § | |
| d/b/a AT&T, and WAYNE HARDY | § | **DEFENDANTS** |

## CONSOLIDATED WITH

| | | |
|---|---|---|
| **JOSE URESTI** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:09CV135-LG-RHW |
| | § | |
| **BELLSOUTH** | § | |
| **TELECOMMUNICATIONS, INC.,** | § | |
| d/b/a AT&T, and WAYNE HARDY | § | **DEFENDANTS** |

## AGREED ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of Jose Uresti and Ana Sorto's claims against the defendants, and the Court being advised that Uresti, Sorto, and the defendants have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that these claims be closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the claims of Jose Uresti and Ana Sorto against Bellsouth Telecommunications, Inc., d/b/a AT&T, and Wayne Hardy are hereby dismissed with prejudice. If any party fails to comply with the terms of this settlement agreed to by these parties, any aggrieved party may petition the Court for enforcement of the settlement agreement, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to comply with the

agreement. The claims of Dalila Garcia-Lopez remain pending against Bellsouth Telecommunications, Inc., d/b/a AT&T, and Wayne Hardy, and the claims of Hugo Lima remain pending against Wayne Hardy.

**SO ORDERED AND ADJUDGED** this the 15th day of July, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge