IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| DALILA GARCIA-LOPEZ | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil Action No. 1:08CV1397-LG-RHW |
| | § | |
| BELLSOUTH | § | |
| TELECOMMUNICATIONS, INC., | § | |
| d/b/a AT&T, and WAYNE HARDY | § | DEFENDANTS |

### ORDER GRANTING DEFENDANTS' ORE TENUS MOTION TO DISMISS

**BEFORE THE COURT** is the *Ore Tenus* Motion to Dismiss for Failure to Prosecute that was filed by the defendants. For the reasons stated into the record, the Court finds that the Motion to Dismiss should be granted and this lawsuit should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the *Ore Tenus* Motion to Dismiss for Failure to Prosecute that was filed by the defendants is **GRANTED**. This lawsuit is hereby **DISMISSED WITH PREJUDICE** with all costs to be taxed to the plaintiff.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE