# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DALILA GARCIA-LOPEZ** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:08CV1397-LG-RHW |
| | § | |
| **BELLSOUTH** | § | |
| **TELECOMMUNICATIONS, INC.,** | § | |
| d/b/a AT&T, and WAYNE HARDY | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the *Ore Tenus* Motion to Dismiss filed by the defendants, the Court, after a full review and consideration of the defendants' Motion and the relevant legal authority, finds that in accord with the order entered herewith and for the reasons stated into the record,

**IT IS ORDERED AND ADJUDGED** that the defendants' *Ore Tenus* Motion to Dismiss is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE** with all costs taxed to the plaintiff.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE